# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN BIRL WEEKLY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00341-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REPORT ON STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

    Franklin Birl Weekly ("Plaintiff") filed this action on March 24, 2022, against Defendants the United States of America, the City of Fresno, the County of Fresno, and the California Department of Public Health. (ECF No. 1.) On the same date, request for waiver of service were went to Defendants, and summonses were issued to Defendants. (ECF Nos. 3, 4, 5, 6, 7, 8.) A scheduling conference is currently set for June 15, 2022. (ECF No. 9.) No filings have been made on the docket since March 24, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1. Accordingly, in light of the upcoming scheduling conference, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall file a status report regarding the status of this action.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

UNITED STATES MAGISTRATE JUDGE