1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   FRANKLIN BIRL WEEKLY, | Case No. 1:22-cv-00341-JLT-SAB |
| 12          Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS |
| 13       v. | CITY OF FRESNO AND COUNTY OF FRESNO AS DEFENDANTS IN THIS |
| 14   UNITED STATES OF AMERICA, et al., | ACTION |
| 15          Defendants. | (ECF No. 13) |

16

17    On June 15, 2022, Plaintiff filed a notice of dismissal of Defendants City of Fresno and

18   County of Fresno, pursuant to Federal Rule of Civil Procedure 41(a).  (ECF No. 13.)  Defendants

19   United States of American ad the California Department of Public Health are not addressed in

20   the filing.  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or

21   all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111

22   F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

23   ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—

24   through a Rule 41(a)(1) notice.")); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403

25   F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the

26   dismissal of all claims against one defendant, so that a defendant may be dismissed from the

27   entire action.").  "Filing a notice of voluntary dismissal with the court automatically terminates

28   the action as to the defendants who are the subjects of the notice."  Concha, 62 F.3d at 1506.

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to

2 terminate Defendants City of Fresno, and County of Fresno, as parties in this action.

3

4 IT IS SO ORDERED.

5 Dated:   **June 16, 2022**

UNITED STATES MAGISTRATE JUDGE

2